**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARDALE SPECIALTY FOODS, LLC,

    Plaintiff/Counter-Defendant,           Case Number: 06-CV-11744-DT

v.                                                 Honorable Anna Diggs Taylor

VENTURA FOODS, LLC,                 Magistrate Judge Virginia M. Morgan

    Defendant/Counter-Plaintiff,
_____/

**ORDER TO STRIKE DOCUMENT(S) and
REMOVE IMAGE**

    Upon review the court has determined that **Defendant's Answer to Complaint, Notice of Affirmative Defenses and Counterclaims [Doc. #7]** filed on **May 2, 2006** was filed in violation of **E.D. Mich. Electronic Filing Policies and Procedures R9 - Signatures.**

    THEREFORE, **Defendant's Answer to Complaint, Notice of Affirmative Defenses and Counterclaims** is stricken from the record and:

■ **the Clerk of Court is directed to remove the image from the ECF system**.*

■ **the filer is permitted to re-file within 2 days its Answer.**

DATED: May 3, 2006                              s/Ann Diggs Taylor
                                                       ANNA DIGGS TAYLOR
                                                       UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Order* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **May 3, 2006.**

                                                       s/Johnetta M. Curry-Williams
                                                       Case Manager

\* **removing the images makes them unavailable for the appeal record**